**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION AT LEXINGTON**

**GLEN PEELER,**
**Plaintiff,**

**v.**

**CHRISTOPHER JONES, *et al*.,**
**Defendant.**

**CASE NO. 5:25-cv-428-KKC-CJS**

**ORDER**

This matter is before the Court on *pro se* Plaintiff Gleen Peeler's Motion for Disclosure and General Discovery. (R. 39.) In his motion, Peeler requests the Court to enter an order granting full disclosure of all materials related to discovery in the matter (*Id.* at 1.), to subpoena "all material evidence to support [his] claims" (*Id.*), and to enter a temporary restraining order enjoining the Defendants from destroying evidence connected to the matter. (Id. at 2.)

The matter was referred to Magistrate Judge Smith, who entered an order denying Peeler's Motion for Disclosure and General Discovery and recommending Peeler's request for a temporary restraining order be denied. (R. 40 at 4.) Judge Smith specifically ruled that Peeler is not entitled to initial disclosures, as pro se actions brought by prisoners are exempt under Fed. R. Civ. P. 26(a)(1)(B)(iv), and that in pro se matters—as in all litigation—it is the parties' responsibility to conduct discovery. (R. 40 at 1–2.) As for Peeler's request for injunctive relief, Judge Smith recommended that Peeler's request be denied as he provides no proof that Defendants have attempted to destroy or conceal evidence or to shirk their responsibilities to preserve evidence. (R. 40 at 3.) Peeler has not filed any objections to the order and recommendation. Further, the Court has reviewed the recommendation and agrees with its analysis.

Accordingly, the Court hereby **ORDERS** as follows:

1) the Report and Recommendation (R. 40.) is **ADOPTED** as the Court's opinion;

2) Peeler's request for a temporary restraining order (R. 39.) is **DENIED**.

This 17th day of November, 2026.

**Signed By:**

***Karen K. Caldwell*** KKC

**United States District Judge**